No. 97–8542. IN RE WAGNER. Petition for writ of mandamus denied.

No. 97–1396. LOPEZ ET AL. v. MONTEREY COUNTY ET AL. Appeal from D. C. N. D. Cal. Probable jurisdiction noted.

No. 97–1287. HUGHES AIRCRAFT CO. ET AL. v. JACOBSON ET AL. C. A. 9th Cir. Motions of Hughes Aircraft Retirees et al., Chamber of Commerce of the United States et al., and ERISA Industry Committee for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 97–7164. HOLLOWAY, AKA ALI v. UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 96–1448. BEMIS v. RMS LUSITANIA. C. A. 4th Cir. Certiorari denied.

No. 97–928. BILZERIAN v. HSSM #7 LIMITED PARTNERSHIP. C. A. 11th Cir. Certiorari denied.

No. 97–1025. HESS ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SOUTHEAST BANK, N. A., ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1178. ROCKWELL INTERNATIONAL CORP. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.